```
1   Scott E. Brady, Esq.  (IN #30534-49)
      (admitted Pro Hac Vice)
2   Schuckit & Associates, P.C.
    4545 Northwestern Drive
3   Zionsville, IN  46077
    Telephone:  317-363-2400
4   Fax:  317-363-2257
    E-Mail:  sbrady@schuckitlaw.com
5
    Lead Counsel for Defendant Trans Union, LLC
6

7   Lauren E. Tate, Esq. (CSB #124483)
    Tate & Associates
8   1321 8th Street, Suite 4
    Berkeley, CA  94710
9   Telephone:  510-525-5100
    Fax:  510-525-5130
10  E-Mail:  ltate@tateandassociates-law.com

11  Local Counsel for Defendant Trans Union, LLC

12
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JACK WATTS,<br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANSUNION, LLC; DIVERSIFIED<br>ADJUSTMENT SERVICE, INC.; and DOES 1<br>through 100, inclusive;<br>    Defendants. | CASE NO.   5:15-cv-04622-BLF<br><br>**STIPULATION AND<br>[PROPOSED] ORDER OF<br>DISMISSAL WITH PREJUDICE<br>BETWEEN PLAINTIFF AND<br>DEFENDANT TRANS UNION,<br>LLC ONLY** |

Plaintiff Jack Watts, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-04622-BLF**
Page 1 of 3

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |   |
| 3 |   |
| 4 | Date: February 18, 2016     s/ Elliot W. Gale (with consent) |

Date: February 18, 2016                    *s/ Elliot W. Gale (with consent)*

Scott J. Sagaria, Esq.
Elliot W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:   408-279-2288
Fax:   408-279-2299
E-Mail: sjsagaria@sagarialaw.com
              egale@sagarialaw.com
              jangelo@sagarialaw.com
              sjohnson@sagarialaw.com

*Counsel for Jack Watts*

Date:  February 18, 2016                    *s/ Scott E. Brady*

Scott E. Brady, Esq.  (IN #30534-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone: 510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-04622-BLF**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Jack Watts and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____    _____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Elliot W. Gale, Esq.<br>egale@sagarialaw.com | Alyssa M. Staudinger, Esq.<br>astaudinger@jonesday.com |
| Scott E. Brady, Esq.<br>sbrady@schuckitlaw.com | Lauren E. Tate, Esq.<br>ltate@tateandassociates-law.com |