1  Alyssa M. Staudinger (State Bar No. 300845)
   astaudinger@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612.4408
4  Telephone:   +1.949.851.3939
   Facsimile:   +1.949.553.7539
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | JACK WATTS, | Case No. 5:15-cv-04622-BLF
   |             |
13 |   Plaintiff, |
   |              | **STIPULATION AND [PROPOSED]
14 |   v.         | ORDER FOR DISMISSAL WITH
   |              | PREJUDICE OF DEFENDANT
15 | EXPERIAN INFORMATION SOLUTIONS, | EXPERIAN INFORMATION
   | INC. ET AL,  | SOLUTIONS, INC.**
16 |              |
   |   Defendants. |
17

18     IT IS HEREBY STIPULATED by and between Plaintiff Jack Watts ("Plaintiff") and

19 Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against

20 Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to

21 Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each side shall bear its own attorneys'

22 fees and costs incurred herein.

23 Dated:  February 24, 2016                SAGARIA LAW, P.C.

24
                                            By: /s/ Elliot W. Gale
25                                              Elliot W. Gale

26                                          Attorneys for Plaintiff
                                            JACK WATTS
27

28
                                                         STIPULATION FOR DISMISSAL WITH
   NAI-1500829751v1                                        PREJUDICE AGAINST EXPERIAN
                                                              Case No. 5:15-cv-04622-BLF

| | | |
|---|---|---|
| 1 | Dated: February 24, 2016 | Respectfully submitted, |
| 2 | | JONES DAY |

By: /s/ *Alyssa M. Staudinger*
      Alyssa M. Staudinger

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On February 24, 2016, I served a copy of the **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am readily familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF user(s) were served:

Elliot W. Gale
Joseph M. Angelo
Scott J. Sagaria
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Facsimile:  (408) 279-2299
Email: egale@sagarialaw.com
Email: jangelo@sagarialaw.com
Email: sjsagaria@sagarialaw.com

*Attorneys for Plaintiff*
*JACK WATTS*

Executed on February 24, 2016, at Irvine, California.

*/s/ Alyssa M. Staudinger*
Alyssa M. Staudinger