UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
www.cand.uscourts.gov

Susan Y. Soong                                                                                  General Court Number
Clerk of Court                                                                                         415 522-2200

CASE NUMBER: 5:15-cv-04622-BLF
CASE TITLE: Watts v. Experian Information Solutions, Inc. et al

REASSIGNMENT ORDER

Magistrate Judge Paul S. Grewal resigned from the court on June 3, 2016.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to Magistrate Judge Nathanael M. Cousins as the referral judge.

ALL REFERRED MATTERS PRESENTLY SCHEDULED FOR HEARING BEFORE MAGISTRATE JUDGE GREWAL ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE MAGISTRATE JUDGE NATHANAEL M. COUSINS.

ALL OTHER DEADLINES ASSOCIATED WITH THIS CASE REMAIN SET AS PREVIOUSLY ORDERED.

June 6th, 2016

FOR THE EXECUTIVE COMMITTEE

*Susan Y. Soong* (signature)
_____
CLERK OF COURT