1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Amanda N. Griffith - 288164
   ELLIS LAW GROUP LLP
3  740 University Avenue, Suite 100
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ellislawgrp.com
   asteinheimer@ellislagrp.com
6  agriffith@ellislawgrp.com

7  Attorneys for Defendant,
   DIVERSIFIED ADJUSTMENT SERVICE, INC.
8

9             UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

11

| 12 | JACK WATTS, | Case No.: 5:15-cv-04622 BLF |
|---|---|---|
| 13 | Plaintiff, | **DEFENDANT DIVERSIFIED ADJUSTMENT SERVICE, INC.'S REQUEST FOR JUDICAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| 14 | v. | |
| 15 | EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; DIVERSIFIED ADJUSTMENT SERVICE, INC. and DOES 1 through 100, inclusive, | |
| 16 | | |
| 17 | Defendants. | DATE:  October 6, 2016<br>TIME:  2:00 p.m.<br>CRTRM: 3, 5th Floor |
| 18 | | **BEFORE HON BETH L. FREEMAN** |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

- 1 -

Defendant DIVERSIFIED ADJUSTMENT SERVICE, INC., requests this Court to take judicial notice of the following attached documents pursuant to Federal Rules of Evidence, Rule 201:

| Exh. No. | Document |
| --- | --- |
| 1 | Schedule F to the Voluntary Petition for Chapter 7 Bankruptcy filed by Plaintiff, Jack Watts in Case No. 14-09047-E-7 from the United States District Court, Eastern District of California. |
| 2 | Discharge of Debtor Jack Watts dated July 14, 2014 in Case No. 14-09047-E-7 from the United States District Court, Eastern District of California. |

Dated: August 11, 2016     ELLIS LAW GROUP LLP

By  /s/ Amanda N. Griffith
    Amanda N. Griffith
    Attorney for Defendant,
    DIVERSIFIED ADJUSTMENT SERVICE, INC.

- 2 -

DEFENDANT DIVERSIFIED ADJUSTMENT SERVICE, INC.'S REQUEST FOR JUDICAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

# REQUEST FOR JUDCIAL NOTICE NO. 1

B6F (Official Form 6F) (12/07)

In re  **Jack Leroy Watts, II**                                                          , Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Att Mobility**<br>**PO Box 515188**<br>**Los Angeles, CA 90051** | - | | **CELL PHONE** | | | | Unknown |
| Account No.<br><br>**Atty Gen, US Dept of Justice**<br>**Civil Trial Sec., Western Reg.**<br>**PO Box 683, Ben Franklin Stat.**<br>**Washington, DC 20044** | - | | ***NOTICING PURPOSES ONLY*** | | | | 0.00 |
| Account No. xxxx6644<br><br>**Credit Management Lp**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | - | | Opened 12/01/09<br>Collection Attorney Charter Communications | | | | 401.00 |
| Account No. xxxx6644<br><br>**Credit Management Lp**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | - | | Opened 12/01/09<br>Collection Attorney Charter Communications | | | | 401.00 |

__4__ continuation sheets attached

Subtotal
(Total of this page)                          802.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              S/N:36868-131210   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Jack Leroy Watts, II
_____,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dish Network<br>P.O. Box 7203<br>Pasadena, CA 91109 | - | | CABLE | | | | Unknown |
| Account No. xxxx1673<br><br>Diversified Adjustments<br>Dasi-Bankrupcty<br>Po Box 32145<br>Fridley, MN 55432 | - | | Opened 11/01/09 Last Active 1/20/10<br>Collection Attorney Pacific Gas   Electric Company | | | | 0.00 |
| Account No. xxxx8912<br><br>Dn Rbrto Jwl<br>Attention: Bankruptcy<br>1020 Calle Recodo Suite 100<br>San Clemente, CA 92673 | - | | Opened 6/01/08 Last Active 2/12/10<br>Charge Account | | | | 406.00 |
| Account No. xxxx9687<br><br>ER Solutions/Convergent Outsourcing, INC<br>Po Box 9004<br>Renton, WA 98057 | - | | Opened 4/01/13<br>Collection Attorney T-Mobile Usa | | | | 918.00 |
| Account No. xxxx9687<br><br>ER Solutions/Convergent Outsourcing, INC<br>Po Box 9004<br>Renton, WA 98057 | - | | Opened 4/01/13<br>Collection Attorney T-Mobile Usa | | | | 918.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  2,242.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Jack Leroy Watts, II
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx5734<br><br>First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | - | | Opened 5/01/04 Last Active 9/15/08<br>Credit Card | | | | 242.00 |
| Account No.<br><br>KelKris Associates, Inc.<br>c/o Terry A. Duree, Inc.<br>622 Jackson Street<br>Fairfield, CA 94533 | - | | Judgment | | | | Unknown |
| Account No. xxxx0826<br><br>Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603 | - | | Opened 6/01/13<br>Factoring Company Account Springleaf Financial Services | | | | 1,214.00 |
| Account No. xxxxxx2070<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | - | | Opened 5/01/11<br>Factoring Company Account Capital One Bank Usa N.A. | | | | 2,288.00 |
| Account No.<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | - | | NOTICING | | | | Unknown |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  3,744.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Jack Leroy Watts, II  ,  Case No. _____
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>PG&E<br>PO Box 997300<br>Sacramento, CA 95899 | | - | Utility Bill | | | | Unknown |
| Account No.<br><br>Portfolio Recovery Associates<br>P.O. Box 12914<br>Virginia Beach, VA 23451 | | - | NOTICING | | | | Unknown |
| Account No. xxxxxx0967<br><br>Resurgent Capital services LP<br>Attn: Bankruptcy<br>Po Box 10497, Ms 576<br>Greenville, SC 29603 | | - | Opened 1/01/06 Last Active 11/01/10<br>FORECLOSED HOME | | | | 20,406.00 |
| Account No. xxxxxxxxxxxx6042<br><br>Springleaf Financial S<br>P.o. Box 59<br>Evansville, IN 47701 | | - | Opened 1/01/06 Last Active 11/01/10<br>Real Estate Mortgage | | | | Unknown |
| Account No. xxxxxxxxxxxx0826<br><br>Springleaf Financial S<br>P.o. Box 59<br>Evansville, IN 47701 | | - | Opened 1/01/07 Last Active 9/16/08<br>Note Loan | | | | Unknown |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **20,406.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Jack Leroy Watts, II  , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Springleaf Financial Services<br>Gary L Taylor, President<br>601 NW 2ND ST<br>Evansville, IN 47708 | - | | NOTICING | | | | Unknown |
| Account No. xxxx5002<br><br>Travis Fcu<br>Po Box 2069<br>Vacaville, CA 95696 | - | | Opened 7/01/10 Last Active 10/24/11<br>REPO Automobile | | | | 9,880.00 |
| Account No.<br><br>US Attorney, Chief Tax Division<br>For the CA Franchise Tax Board<br>450 Golden Gate, Ave<br>10th Floor, Box 36055<br>San Francisco, CA 94102 | - | | *NOTICING PURPOSES ONLY* | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,880.00

Total
(Report on Summary of Schedules)    37,074.00

# REQUEST FOR JUDCIAL NOTICE NO. 2

FORM L55 Discharge of Debtor (v.1.0)      14-90471 - E - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354

(209) 521-5160
www.caeb.uscourts.gov
M-F 9:00 AM – 4:00 PM

**FILED**

**7/14/14**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## DISCHARGE OF DEBTOR

**Case Number:** 14-90471 - E - 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Jack Leroy Watts II
xxx-xx-6375

1655 Willow Ln.
Turlock, CA 95380

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated:
7/14/14

For the Court,
Wayne Blackwelder, Clerk

FORM L55
(Continued)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person (or persons) named as the debtor (or debtors). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.

## Debts that are Not Discharged

Some of the common types of debts which are _not_ discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**