Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Amanda N. Griffith - 288164
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
agriffith@ellislawgrp.com

Attorneys for Defendant DIVERSIFIED ADJUSTMENT SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK WATTS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; DIVERSIFIED ADJUSTMENT SERVICE, INC. and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 5:15-cv-04622 BLF NC<br><br>**DEFENDANT DIVERSIFIED ADJUSTMENT SERVICE, INC.'S MOTION TO APPEAR TELELPHONICALLY AT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>DATE:     October 6, 2016<br>TIME:     2:00 p.m.<br>CRTRM:  3 - 5th Floor<br>**HONORABLE BETH LABSON FREEMAN** |

Amanda N. Griffith, counsel for Defendant DIVERSIFIED ADJUSTMENT SERVICE, INC., requests permission to appear by telephone at the Motion to Dismiss scheduled in this matter for October 6, 2016. Ms. Griffith's office is located in Sacramento, approximately 85 miles from the above-entitled Court.

Defense counsel does not believe that a telephonic appearance will hinder the proceedings at the Motion to Dismiss.

Dated: September 29, 2016            ELLIS LAW GROUP LLP


                                     By /s/ Amanda N. Griffith
                                        Amanda N. Griffith
                                        Attorney for Defendant
                                        DIVERSIFIED ADJUSTMENT SERVICE, INC.

- 1 -