1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Amanda N. Griffith - 288164
   ELLIS LAW GROUP LLP
3  740 University Avenue, Suite 100
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ellislawgrp.com
   asteinheimer@ellislawgrp.com
6  agriffith@ellislawgrp.com

7  Attorneys for Defendant DIVERSIFIED ADJUSTMENT SERVICE, INC.

8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 | JACK WATTS,                              | Case No.: 5:15-cv-04622 BLF NC
13 |         Plaintiff,                       | [PROPOSED] ORDER GRANTING
                                              | DEFENDANT DIVERSIFIED ADJUSTMENT
14 | v.                                       | SERVICE, INC.'S MOTION TO APPEAR
                                              | TELELPHONICALLY AT DEFENDANT'S
15 | EXPERIAN INFORMATION SOLUTIONS,          | MOTION TO DISMISS PLAINTIFF'S
   | INC.; TRANSUNION, LLC; DIVERSIFIED       | COMPLAINT
16 | ADJUSTMENT SERVICE, INC. and DOES 1      |
   | through 100, inclusive,                  | DATE:    October 6, 2016
17 |                                          | TIME:    2:00 p.m.
   |         Defendants.                      | CRTRM:   3 – 5th Floor
18 |                                          | HONORABLE BETH LABSON FREEMAN

19

20     The court hereby grants the request of Amanda N. Griffith to appear at the Motion to Dismiss

21 telephonically.  IT IS SO ORDERED.

22
   Date: ___U&ȼ à^¦Á̵_____, 2016       _____
23                                             The Honorable Beth Labson Freeman
                                               United States District Court Judge
24

25

26

27

28

- 1 -