SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JACK WATTS, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:15-CV-04622-BLF <br><br> STIPULATION TO DISMISS DEFENDANT DIVERSIFIED ADJUSTMENT SERVICE, INC.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Jack Watts and defendant Diversified Adjustment Service, Inc., that Diversified Adjustment Service, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2).

//

//

//

STIPULATION TO DISMISS DEFENDANT DIVERSIFIED ADJUSTMENT SERVICE, INC.; PROPOSED ORDER - 1

DATED:  February 27, 2017         Sagaria Law, P.C.

                                  By:     */s/ Elliot W. Gale*
                                          Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Jack Watts


DATED:  February 27, 2017         Ellis Law Group



                                  By:     */s/ Amanda Griffith*
                                          Amanda Griffith
                                  Attorneys for Defendant
                                  Diversified Adjustment Service, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Amanda Griffith has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Diversified Adjustment Service, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED:_____          _____
                                Beth L. Freeman
                                UNITED STATES DISTRICT JUDGE


STIPULATION TO DISMISS DEFENDANT DIVERSIFIED ADJUSTMENT SERVICE, INC.; PROPOSED ORDER - 2